**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RAUL ANTONIO VARGAS GARCIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, DIAMONDBACK CORRECTIONAL FACILITY, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-1201-PRW |

**ORDER**

On May 26, 2026, Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1). On July 14, 2026, Respondents filed a Motion to Dismiss (Dkt. 8) wherein they inform the Court that Petitioner "was removed from the United States on or about June 25, 2026" and is no longer detained.[1]

Accordingly, the Court **DISMISSES** the Petition (Dkt. 1) as moot and **DENIES** Petitioner's Ex Parte Application for Temporary Restraining Order (Dkt. 3) as moot.

**IT IS SO ORDERED** this 1st day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] Resp'ts' Mot. to Dismiss (Dkt. 8), at 1.